**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-28-J-25HTS

VICTORIA MASSAR

_____

**O R D E R**

This cause is before the Court on Defendant's Unopposed Motion for Presentence Psychiatric Evaluation (Doc. #28; Motion), filed on October 25, 2007. Defendant seeks an examination prior to sentencing "to determine whether she may benefit from antidepressant medication, psychotherapy, etc." Motion at 1. The Court finds the requested services are necessary and that Defendant is financially unable to obtain them. Accordingly, the Motion (Doc. #28) is **GRANTED** to the extent counsel for Defendant is hereby authorized to obtain a psychiatric examination, pursuant to Title 18 U.S.C. § 3006A(e), to assist in preparing for sentencing. Counsel is reminded of the payment limitations contained in Title 18 U.S.C. § 3006A(e).

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. Attorney (Sciortino)
William Folsom, Esquire
U.S. Probation
U.S. Marshal
Defendant